UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| BILL LIETZKE, | AMENDED JUDGMENT IN A |
| Plaintiff, | CIVIL CASE |
| vs. | Case No. CV 14-96-GF-DLC |
| | CV 15-11-GF-DLC |
| CITY OF MONTGOMERY, et al., | |
| Defendants. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

    Dated this 1st day of April, 2015.

                                     TYLER P. GILMAN, CLERK

                                     By: /s/ T. Gesh
                                     T. Gesh, Deputy Clerk